IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN FINBERG | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID J. WAKEFIELD, et al. | : | NO. 05-5034 |

### O R D E R

**AND NOW,** this 31st day of July, 2006, upon careful and independent consideration of the petition for habeas corpus, the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, it is hereby **ORDERED** that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
**Berle M. Schiller, J.**